

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11cr201-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>(1) KENNETH EGRI,<br><br>        Defendant. | **CONSENT ORDER AND<br>JUDGMENT OF FORFEITURE** |

UPON the Defendant's plea of guilty, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant has or had a legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. §§ 981 and 982, and/or 28 U.S.C. § 2461(c):

**Any and all currency and monetary instruments which were received during, involved in or used or intended to be used to facilitate the crimes alleged in the Bill of Information, including the sum of $5,441,321.00 in proceeds involved in the alleged violations.**

2. A forfeiture money judgment in the amount of $5,441,321.00 shall be included in the sentence of the Defendant, and the United States Department of Justice may take steps to collect the judgment from any property of the Defendant, in accordance with the substitute asset provisions of 21 U.S.C. § 853(p);

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and requests for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45

The parties stipulate and agree that the aforementioned assets constitute property derived from or traceable to proceeds of defendant's crime(s) herein and are therefore subject to forfeiture pursuant to 18 U.S.C. §§ 981 and 982 and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging

instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant.


ANNE M. TOMPKINS
UNITED STATES ATTORNEY

*[signature]*
MARK T. ODULIO, ESQ.
Assistant United States Attorney

*[signature]*
KENNETH EGRI
Defendant

*[signature]*
STEVEN T. MEIER, ESQ.
Attorney for the Defendant

Signed this the 30 day of ~~July, 2011~~ MARCH, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE